BALDWIN BUILDING AND LOAN ASSOCIATION v. EUGENE KLEIN.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HAROLD HARRIS v. HARRY BERGER.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOSEPH F. MEZZACAPO v. BENJAMIN KRIVIS and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PINCUS FENSTER, as Administrator, etc., v. HECKER, JONES, JEWELL MILLING COMPANY, INC.— Motion for leave to appeal denied, with ten dollars costs. Motion for stay granted upon appellant's filing the undertaking required by sections 591 and 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ESTHER LUXENBERG v. DAVID LUXENBERG.— Motion denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of the Application of ABRAHAM J. SPRINGER, an Attorney at Law of the State of New York, Pursuant to Section 475 of the Judiciary Law to Fix His Attorney's Fee in Matters Relating to JACOB RATNER.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HENRY SHAPIRO and Another v. CHILDS COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

M. ARTHUR HELFHAT v. J. NORMAN WHITEHOUSE and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of the Application of VIRGINIA ESTELLE LINDSAY COPELAND to Vacate and Open the Decree of Probate in the Matter of the Estate of WILLIAM H. LINDSAY, Deceased.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

MERCANTILE PAPER PRODUCTS Co., INC., v. 1491 THIRD AVENUE REALTY CORPORATION and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ART METAL WORKS, INC., v. CUNNINGHAM PRODUCTS CORPORATION and Others. — Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

SAMUEL KRIDEL and Others v. JACOB BERNSTEIN and Others, Impleaded, etc. — Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.